1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8   LEO WASHINGTON,                          No. C 10-04431 SI

9            Plaintiff,                       **ORDER GRANTING PLAINTIFF'S
                                              MOTION TO AMEND SECOND
10     v.                                     AMENDED COMPLAINT; GRANTING
                                              PLAINTIFF LEAVE TO FILE THIRD
11  INGRID S. LAYNE, *et al.*,                AMENDED COMPLAINT; AND
                                              REMANDING ACTION TO SUPERIOR
12           Defendant.                       COURT.**
                                    /
13
14

15        *Pro se* plaintiff Leo Washington moved to remand this case to the Superior Court for Contra

16  Costa County. [Docket No. 7]. In his reply, plaintiff alternatively moved for leave to amend his second

17  amended complaint to dismiss his federal law claims under Title VII, and have the Court remand the

18  remaining state law claims to state court. On November 12, 2010, the Court granted defendants leave

19  to respond to plaintiff's alternative motion, but defendants declined to respond. On November 24, 2010,

20  plaintiff submitted to the Court a Third Amended Complaint, which removed all references to federal

21  claims. [Docket No. 22].

22        For the reasons stated in the Court's November 12, 2010 Order, the Court hereby GRANTS

23  plaintiff's request to amend his second amended complaint. [Docket No. 7]. The Court also orders that

24  the Third Amended Complaint submitted by plaintiff, Docket No. 22, shall be deemed filed.

25
26
27
28

**United States District Court**
For the Northern District of California

1    As the only claims remaining in the case are state law claims, the Court declines to exercise

2  supplemental jurisdiction and **REMANDS** this action to the Superior Court for Contra Costa County.

4    **IT IS SO ORDERED.**

6  Dated: December 1, 2010

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California